Christian A. Torimino, WSBA #52927
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
1220 SW 3rd Ave., Rm. 315
Portland, OR 97204
Tel: (202)-306-4948
Email: christian.torimino@usdoj.gov

Attorney for Gregory M. Garvin,
Acting United States Trustee for Region 18

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF OREGON

| In re | Case No. 21-32459-pcm11 |
|---|---|
| MLK Bryant, LLC,<br><br>Debtor-in-Possession. | **UNITED STATES TRUSTEE'S OBJECTION TO DEBTOR'S MOTION TO EXTEND TIME TO COMPLETE FILING OF TAX RETURNS** |

## UNITED STATES TRUSTEE'S OBJECTION

Gregory M. Garvin, Acting United States Trustee for Region 18 (the "U.S. Trustee"), by and through his undersigned counsel, objects to MLK Bryant, LLC's ("Debtor") Motion to Extend Time to Complete Filing of Tax Returns (the "Motion").

Debtor's Motion requests an additional 30 days to provide a copy of an appropriate schedule C or E from Meron Alemseghed's <u>completed and filed</u> 2020 tax returns, as required by the Court's February 4 order. Doc. 35. The Court should not grant that extension. Mr. Alemseghed's history in the related cases of MLK Alberta, LLC (20-31032-tmb11 and 22-30019-thp11) suggests that he is unlikely to deliver on his half-hearted commitment to file his tax returns.

**Page 1 – UNITED STATES TRUSTEE'S OBJECTION TO DEBTOR'S MOTION TO EXTEND TIME TO COMPLETE FILING OF TAX RETURNS**

In MLK Alberta's first case, Mr. Alemseghed was ordered to provide a copy of "an appropriate Schedule C from Meron Alemseghed's (Debtor's principal) completed and filed 2018 tax returns by May 21, 2020. A copy of the same for the 2019 tax returns shall be provided to the United States Trustee within five business days of filing that return." ECF Case 20-31032-tmb11 Doc. 34. While the U.S. Trustee ultimately received a copy of a Schedule E tax document for MLK Alberta, LLC for the year 2018, Mr. Alemseghed's tax returns for 2018 (which that Schedule E was supposed to be attached to) still have not been filed. The U.S. Trustee believes that Mr. Alemseghed has not filed tax returns for himself or for MLK Bryant, LLC since before 2018.

Furthermore, Debtor's counsel has suggested that Debtor may be seeking voluntary dismissal of this case now that the Debtor has successfully mediated a deal with the primary secured creditor. Therefore, the Court should be skeptical of Debtor's request for additional time "to figure out the status of those returns" and "either file them or have a much more concise timeline for when they will be done." The U.S. Trustee requests that the Debtor's motion to extend be denied.

DATED this 22nd day of March, 2022.

Respectfully submitted,

GREGORY M. GARVIN
Acting United States Trustee for Region 18

/s/ Christian A. Torimino
CHRISTIAN A. TORIMINO
WSBA #52927, Trial Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2022, I served a copy of the foregoing **UNITED STATES TRUSTEE'S OBJECTION TO DEBTOR'S MOTION TO EXTEND TIME TO COMPLETE FILING OF TAX RETURNS** on all parties included on the Court's CM/ECF electronic service list.

GREGORY M. GARVIN
Acting United States Trustee for Region 18

/s/ Christian A. Torimino
CHRISTIAN A. TORIMINO
WSBA #52927, Trial Attorney