UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re

Case No. _____
Amended

**FINAL ACCOUNT AND APPLICATION FOR
FINAL DECREE AND CLOSING ORDER**

Debtor(s)

The undersigned files this final account and represents that:

1.  On _____, the court entered an order confirming the chapter 11 plan.

2.  The percentage of unsecured creditors' claims that will be paid over the life of the plan is _____%. (*Enter "N/A" if percentage amount is not determinable at this time.*)

3.  All objections to claims have been resolved.

4.  The plan has been substantially consummated.

5.  The estate has been fully administered.

The undersigned applies for a final decree and closing order pursuant to Federal Rule of Bankruptcy Procedure 3022.

Date: _____

_____
Signature                                    OSB#

_____
Type or Print Signer's Name & Relation to Case

_____
Signer's Address

_____
(If signer is a debtor or debtor's attorney) Debtor's
Address & Taxpayer ID#(s) (last 4 digits)

_____

**1195 (12/1/2021)**              Page 1 of 1

Case 21-32459-pcm11   Doc 80   Filed 09/21/22