**Below is an order of the Court.**

**U.S. Bankruptcy Judge**

FDN (9/28/21) jd

**UNITED STATES BANKRUPTCY COURT
District of Oregon**

In re
 MLK Bryant, LLC
Debtor(s)

Case No. **21−32459−pcm11**

FINAL DECREE

The estate of the above debtor(s) having been fully administered,

**IT IS ORDERED** that this Chapter 11 case is closed.

###